IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

This Document Relates To:
<u>Armstrong World Industries, Inc.</u>
Bankrupt Defendant

ALL ACTIONS
(See attached schedule
for case list)

CIVIL ACTION NO. MDL 875

93-3117

## O R D E R   O F   D I S M I S S A L

DEFENDANT, Armstrong World Industries, Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 11/19/02
ATTEST: Theresa DePasquale
DEPUTY CLERK, UNITED STATES DISRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Date: 11/18/02

BY THE COURT

DEC - 3

_____
Charles R. Weiner, Judge

**Civil Action(s)**

| | | | | |
|---|---|---|---|---|
| -- MDL 875 -- | NYS-1-98-4418 | TXN-4-02-136 | TXN-4-02-276 | TXN-4-02-383 |
| ALN-2-90-1467 | NYW-1-01-855 | TXN-4-02-137 | TXN-4-02-277 | TXN-4-02-384 |
| ARW-1-91-1025 | NYW-1-01-866 | TXN-4-02-138 | TXN-4-02-278 | TXN-4-02-385 |
| ARW-1-91-1060 | NYW-1-01-871 | TXN-4-02-139 | TXN-4-02-279 | TXN-4-02-386 |
| ARW-2-91-2098 | NYW-1-01-873 | TXN-4-02-140 | TXN-4-02-280 | TXN-4-02-387 |
| DC-1-88-2493 | OKE-6-01-616 | TXN-4-02-141 | TXN-4-02-281 | TXN-4-02-388 |
| DC-1-89-1631 | RI-1-98-146 | TXN-4-02-142 | TXN-4-02-282 | TXN-4-02-389 |
| DC-1-89-1632 | RI-1-99-107 | TXN-4-02-143 | TXN-4-02-283 | TXN-4-02-390 |
| DC-1-89-1816 | RI-1-99-340 | TXN-4-02-144 | TXN-4-02-284 | TXN-4-02-391 |
| DC-1-90-495 | RI-1-99-370 | TXN-4-02-145 | TXN-4-02-285 | TXN-4-02-619 |
| DC-1-90-496 | RI-1-99-511 | TXN-4-02-209 | TXN-4-02-286 | TXN-4-02-620 |
| DC-1-90-498 | RI-1-00-255 | TXN-4-02-210 | TXN-4-02-287 | TXN-4-02-621 |
| DC-1-90-499 | RI-1-02-272 | TXN-4-02-211 | TXN-4-02-288 | TXN-4-02-622 |
| DC-1-90-500 | TXE-1-89-482 | TXN-4-02-212 | TXN-4-02-289 | TXN-4-02-623 |
| DC-1-90-666 | TXE-1-90-308 | TXN-4-02-213 | TXN-4-02-290 | TXN-4-02-624 |
| DC-1-90-737 | TXE-2-89-192 | TXN-4-02-214 | TXN-4-02-291 | TXN-4-02-625 |
| DC-1-90-1127 | TXN-4-01-901 | TXN-4-02-215 | TXN-4-02-292 | TXN-4-02-626 |
| DC-1-90-1443 | TXN-4-01-902 | TXN-4-02-216 | TXN-4-02-293 | TXN-4-02-627 |
| DC-1-90-2718 | TXN-4-01-903 | TXN-4-02-217 | TXN-4-02-294 | TXN-4-02-628 |
| DC-1-90-3062 | TXN-4-01-904 | TXN-4-02-218 | TXN-4-02-295 | TXN-4-02-629 |
| DE-1-01-852 | TXN-4-01-905 | TXN-4-02-219 | TXN-4-02-296 | TXN-4-02-630 |
| FLS-1-89-2870 | TXN-4-01-906 | TXN-4-02-220 | TXN-4-02-297 | TXN-4-02-631 |
| GAN-1-01-2168 | TXN-4-01-907 | TXN-4-02-221 | TXN-4-02-298 | TXN-4-02-632 |
| ILC-3-88-3164 | TXN-4-01-908 | TXN-4-02-222 | TXN-4-02-299 | TXN-4-02-633 |
| ILN-1-99-8566 | TXN-4-01-909 | TXN-4-02-223 | TXN-4-02-300 | TXS-4-01-3607 |
| ILN-1-00-8174 | TXN-4-01-910 | TXN-4-02-224 | TXN-4-02-301 | TXS-7-01-259 |
| INN-2-99-341 | TXN-4-01-911 | TXN-4-02-225 | TXN-4-02-302 | WAE-1-90-3087 |
| INN-2-99-342 | TXN-4-01-912 | TXN-4-02-226 | TXN-4-02-303 | WAE-2-91-326 |
| KYW-3-01-731 | TXN-4-02-82 | TXN-4-02-227 | TXN-4-02-304 | WAW-2-95-631 |
| LAE-2-01-3442 | TXN-4-02-83 | TXN-4-02-228 | TXN-4-02-305 | WAW-3-89-634 |
| LAW-5-89-1453 | TXN-4-02-84 | TXN-4-02-229 | TXN-4-02-306 | WAW-3-90-5442 |
| LAW-5-89-1823 | TXN-4-02-85 | TXN-4-02-230 | TXN-4-02-307 | WAW-3-90-5483 |
| MD-1-93-3117 | TXN-4-02-86 | TXN-4-02-231 | TXN-4-02-308 | WAW-3-91-5057 |
| ME-2-96-234 | TXN-4-02-87 | TXN-4-02-232 | TXN-4-02-309 | |
| ME-2-97-22 | TXN-4-02-88 | TXN-4-02-233 | TXN-4-02-310 | |
| MSS-1-91-194 | TXN-4-02-89 | TXN-4-02-234 | TXN-4-02-311 | |
| NCE-5-91-56 | TXN-4-02-90 | TXN-4-02-235 | TXN-4-02-368 | |
| NCE-7-91-21 | TXN-4-02-91 | TXN-4-02-236 | TXN-4-02-369 | |
| NCE-7-91-24 | TXN-4-02-92 | TXN-4-02-237 | TXN-4-02-370 | |
| NCE-7-91-29 | TXN-4-02-93 | TXN-4-02-238 | TXN-4-02-371 | |
| NCM-1-00-55 | TXN-4-02-94 | TXN-4-02-239 | TXN-4-02-372 | |
| NH-1-91-115 | TXN-4-02-95 | TXN-4-02-240 | TXN-4-02-373 | |
| NH-1-94-222 | TXN-4-02-96 | TXN-4-02-241 | TXN-4-02-374 | |
| NJ-1-91-745 | TXN-4-02-97 | TXN-4-02-242 | TXN-4-02-375 | |
| NJ-2-97-2365 | TXN-4-02-116 | TXN-4-02-243 | TXN-4-02-376 | |
| NJ-3-91-1605 | TXN-4-02-130 | TXN-4-02-244 | TXN-4-02-377 | |
| NM-1-00-1561 | TXN-4-02-131 | TXN-4-02-271 | TXN-4-02-378 | |
| NV-2-00-1379 | TXN-4-02-132 | TXN-4-02-272 | TXN-4-02-379 | |
| NYN-1-89-398 | TXN-4-02-133 | TXN-4-02-273 | TXN-4-02-380 | |
| NYN-1-93-503 | TXN-4-02-134 | TXN-4-02-274 | TXN-4-02-381 | |
| NYS-1-91-3278 | TXN-4-02-135 | TXN-4-02-275 | TXN-4-02-382 | |

*Key => Civil Actions enclosed by {} have been closed. A * indicates that the party has been dismissed from the case.*