IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)      :

This Document Relates To:      :      CIVIL ACTION NO.   MDL 875
<u>Armstrong World Industries, Inc.</u>
Bankrupt Defendant
                                :
                                      APR 11 2005
ALL ACTIONS                     :
(See attached schedule
for case list)                  :

### O R D E R   O F   D I S M I S S A L

DEFENDANT, Armstrong World Industries, Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

BY THE COURT

Date: 4/1/05

_____
Charles R. Weiner, Judge

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 4-11-05
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**SCANNED**

Judicial Panel on Multidistrict Litigation - Individual Involvement Summary
Case 1:93-cv-03117   Document 39   Filed 04/14/2005   Page 2 of 2   Printed on 02/15/2005
Party ARMSTRONG WORLD INDUSTRIES, INC. Is Involved In 14 Actions

Page 1

Civil Action(s)

-- MDL 875 --

FLS-1-89-2870
ILN-1-97-2943
ILN-1-99-8520
ILN-1-00-1795
MD-1-93-3117
MD-1-04-3561
MSN-4-01-484
MSS-1-91-194
MT-4-04-120
NCE-5-91-56
NYS-1-91-3278
NYS-1-98-4418
TXW-5-04-103
WAW-2-04-653

**REPORT FILTERS**

MDL Docket 875 - Asbestos PL (No. VI)
Limited To : Active Involvement

The actions listed on this report are limited to Only those actions that have been transferred to the transferee district.

SCANNED

Key => Civil Actions enclosed by {} have been closed. a * indicates that the party has been dismissed from the case.