IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)         :

                                      :       MD-1

This Document Relates To:             :   CIVIL ACTION NO. MDL 875
Armstrong World Industries, Inc.
Bankrupt Defendant

                                      :       FILED DEC 29 2005
ALL ACTIONS                           :
(See attached schedule
for case list)                        :       93-3117

## O R D E R   O F   D I S M I S S A L

DEFENDANT, Armstrong World Industries, Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

ENTERED

DEC 29 2005                           BY THE COURT

CLERK OF COURT

Date: 12/29/05

                                      _____
                                      James T. Giles, Ch. Judge

**Civil Action(s)**

-- MDL 875 --

FLS-1-89-2870
MD-1-93-3117
MSS-1-91-194
MSS-1-05-40
MSS-1-05-118
NCE-5-91-56
NYS-1-91-3278
NYS-1-98-4418
PR-3-03-1942

**REPORT FILTERS**

MDL Docket 875 - Asbestos PL (No. VI)
Limited To : Active Involvement

The actions listed on this report are limited to Only those actions that have been transferred to the transferee district.