IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)                    :

_____                :                    MD-1

This Document Relates To:                        :        CIVIL ACTION NO.  MDL 875
Armstrong World Industries, Inc.
Bankrupt Defendant

                                                 :

ALL ACTIONS
(See attached schedule                           :        APR 2 0 2006
for case list)
                                                 :        FILED   APR - 5 2006

### O R D E R   O F   D I S M I S S A L

        DEFENDANT, Armstrong World Industries, Inc. having declared
bankruptcy during the pendency of the asbestos products liability
litigation, and having numerous pending actions against it in MDL 875,
IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions;
the applicable statutes of limitations ARE TOLLED, and the plaintiffs are
entitled to request reinstatement from this Court at a further date
should circumstances so warrant.

                                       E N T E R E D

                    BY THE COURT        APR - 6 2006

                                       CLERK OF COURT

SCANNED

Date: 4/3/2006

                    _____
                    James T. Giles, Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Civil Action(s)**

**-- MDL 875 --**

FLS-1-89-2870

MD-1-93-3117

MSS-1-91-194

NCE-5-91-56

NYS-1-91-3278

NYS-1-98-4418

TXE-1-05-874

TXE-1-05-877

TXE-1-05-879

TXE-1-05-881

TXE-1-05-883

TXE-1-05-884

**REPORT FILTERS**

MDL Docket 875 - Asbestos PL (No. VI)

Limited To : Active Involvement

The actions listed on this report are limited to Only those actions that have been transferred to the transferee district.